BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*E-FILED - 8/12/09*

Counsel for Defendant MARTINEZ-URIBE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR 09-00421 RMW |
| Plaintiff, | **Related Case No.:**  CR 09-00441 RMW |
| v. | |
| MIGUEL ANGEL MARTINEZ-URIBE, aka Ricardo Castro, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [] ORDER** |
| Defendant. | |
| / | Honorable Ronald M. Whyte |

    Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, July 27, 2009 at 9:00 a.m., be continued to Monday, August 17, 2009, at 9:00 a.m.  The continuance is requested to allow time for effective defense preparation and investigation.

    The parties further agree that time should be excluded under the Speedy Trial Act because the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense

STIP. TO CONTINUE;
[] ORDER
No. CR 09-00421 RMW    1

1  counsel reasonable time necessary for effective preparation, taking into account the exercise of due
2  diligence, and would result in a miscarriage of justice. The parties therefore stipulate that this
3  exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

4

5  Dated: 7/21/09                                  _____/s/_____
                                                   LARA S. VINNARD
6                                                  Assistant Federal Public Defender

7  Dated: 7/22/09                                  _____/s/_____
                                                   THOMAS O'CONNELL
8                                                  Assistant United States Attorney

9
                                    **[] ORDER**
10

11     The parties have jointly requested a continuance of the hearing set for Monday, July 27, 2009,
12  to allow time for effective defense preparation.
13     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently
14  set for Monday, July 27, 2009, be continued to Monday, August 17, 2009, at 9:00 a.m.
15     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
16  under the Speedy Trial Act from July 27, 2009 to August 17, 2009. The Court finds, based on the
17  aforementioned reasons, that the ends of justice served by granting the requested continuance
18  outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the
19  requested continuance would deny defense counsel reasonable time necessary for effective
20  preparation, taking into account the exercise of due diligence, and would result in a miscarriage of
21  justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C.
22  §§ 3161(h)(8)(A) and (B)(iv).

23
    Dated: 8/12/09                                  *Ronald M. Whyte*
24                                                  RONALD M. WHYTE
                                                    United States District Judge
25

26

STIP. TO CONTINUE;
[] ORDER
No. CR 09-00421 RMW                    2